THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH

| | |
|---|---|
| TYLER WILLIAM STEVENS,<br><br>    Plaintiff,<br><br>v.<br><br>DR. BRIAN CHANDLER et al.<br><br>    Defendants. | **MEMORANDUM DECISION<br>& DISMISSAL ORDER**<br><br>Case No. 2:24-cv-00056-DBB<br><br>District Judge David Barlow |

  On January 22, 2024, the Court ordered Plaintiff to within thirty days file a compliant motion for leave to proceed *in forma pauperis*, or face dismissal (ECF No. 4.) When Plaintiff did not respond, on March 5, 2024, the Court ordered Plaintiff to within thirty days show cause why this case should not be dismissed. (ECF No. 6.) Since January 19, 2024 when this action was commenced--more than three months ago--Plaintiff has not submitted a compliant motion or anything else.

  IT IS THUS ORDERED that Plaintiff's complaint is DISMISSED without prejudice for failure to comply with the Court's orders and for failure to prosecute. *See* DUCivR 41-2.

  DATED this 23rd day of April, 2024.

                BY THE COURT:

                _____
                DAVID BARLOW
                United States District Judge